IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GOODIAN & SON, INC., a Montana Corporation, and JAG FARMS, INC., a Montana Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DOW AGROSCIENCES n/k/a CORTEVA AGRISCIENCE, LLC, CORTEVA, INC., and DOE DEFENDANTS 1-20,<br><br>Defendants, | CV 21-51-GF-KLD<br><br>ORDER |

The Court has been notified that this case has settled, and the parties have filed a stipulation for dismissal with prejudice. (Doc. 32). Accordingly,

IT IS ORDERED that the above-entitled cause of action is hereby dismissed with prejudice as having been fully settled on its merits, each side to bear their own costs and attorney fees.

DATED this 29th day of March, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1